UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SCOTT PURRONE, Derivatively on behalf of ENVISION HEALTHCARE CORPORATION f/k/a/ ENVISION HEALTHCARE HOLDINGS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM A. SANGER, CHRISTOPHER A. HOLDEN, CAROL J. BURT, JAMES A. DEAL, LEONARD M. RIGGS, JR., JOHN T. GAWALUCK, STEVEN I. GERINGER, JAMES D. SHELTON, JOEY A. JACOBS, MICHAEL L. SMITH, CYNTHIA S. MILLER, KEVIN P. LAVENDER, RANDEL G. OWEN, CLAIRE M. GULMI, MARK V. MACTAS, RICHARD J. SCHNALL, and RONALD A. WILLIAMS,<br><br>Defendants,<br><br>– and –<br><br>ENVISION HEALTHCARE CORPORATION f/k/a/ ENVISION HEALTHCARE HOLDINGS, INC., a Delaware Corporation,<br><br>Nominal Defendant. | Lead Civil Action No. 3:17-cv-01472 (Consolidated with Nos. 3:17-cv-01550, 3:17-cv-01570)<br><br>Judge William L. Campbell, Jr.<br><br>Magistrate Judge Jeffery S. Frensley |

## JOINT STATUS REPORT AND MOTION TO STAY ACTION

Plaintiffs Scott Purrone and Ryan Sevy ("Plaintiffs"), defendants William A. Sanger, Christopher A. Holden, Carol J. Burt, James A. Deal, Leonard M. Riggs, Jr., John T. Gawaluck, Steven I. Geringer, James D. Shelton, Joey A. Jacobs, Michael L. Smith, Cynthia S. Miller, Kevin P. Lavender, Randel G. Owen, Claire M. Gulmi, Mark V. Mactas, Richard J. Schnall, Ronald A. Williams (the "Individual Defendants"), and nominal defendant Envision Healthcare Corporation ("Envision" or the "Company," and, with the Individual Defendants, "Defendants") respectfully submit this joint status report and motion to stay pursuant to the Court's order dated August 20,

2018, to update the Court on the status of the Parties' meet and confer efforts and the general status of this action.

The Parties have met and conferred on the various issues raised in the Proposed Initial Case Management Order filed on August 9, 2018, and have agreed as follows:

    A.    Plaintiffs have dismissed without prejudice any and all class claims set forth in the Verified Amended Stockholder Derivative and Class Action Complaint ("Amended Complaint") filed in this Action on August 2, 2018. (Dkt. No. 41.)

    B.    The parties have agreed to a stay of all proceedings on Plaintiffs' remaining derivative claims, pending the outcome of the proposed acquisition of Envision (the "Acquisition"), which is scheduled for a shareholder vote on September 11, 2018.

    C.    Following the closing of the Acquisition (or the Acquisition's failure to close), should Plaintiffs intend to pursue this action, the Parties shall meet and confer regarding a schedule for the filing of any amended pleading and responsive motion or pleading. Defendants shall not be required to respond to the Amended Complaint or any other pleading filed in this action pending further agreement of the Parties or order of the Court.

For the foregoing reasons, the parties respectfully request that the Court stay further proceedings in this Action pending the outcome of the Acquisition. The parties will confer and file an updated status report within 30 days of the closing of the Acquisition or a determination that the Acquisition will not close.

Dated: August 30, 2018

**ROBBINS ARROYO LLP**
BRIAN J. ROBBINS*
KEVIN A. SEELY*
STEPHEN J. ODDO*
ASHLEY R. RIFKIN*
STEVEN M. McKANY*

*s/ Ashley R. Rifkin*
ASHLEY R. RIFKIN

600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
brobbins@robbinsarroyo.com
kseely@robbinsarroyo.com
soddo@robbinsarroyo.com
arifkin@robbinsarroyo.com
smckany@robbinsarroyo.com

**JOHNSON FISTEL, LLP**
MICHAEL I. FISTEL, JR.*
40 Powder Springs Street
Marietta, GA 30064
Telephone: (770) 200-3104
Facsimile: (770) 200-3101
MichaelF@johnsonfistel.com

**JOHNSON FISTEL, LLP**
FRANK J. JOHNSON*
KRISTEN L. O'CONNOR
600 West Broadway, Suite 1540
San Diego, CA 92101
Telephone: (619) 230-0063
Facsimile: (619) 255-1856
FrankJ@johnsonfistel.com
KristenO@johnsonfistel.com

*admitted *pro hac vice*

*Co-Lead Counsel for Plaintiffs*

**DAVIES, HUMPHREYS, HORTON & REESE PLC**
WADE B. COWAN
85 White Bridge Road, Suite 300
Nashville, TN 37205
Telephone: (615) 256-8125
Facsimile: (615) 242-7853
wcowan@dhhrplc.com

*Liaison Counsel for Plaintiffs*

Dated: August 30, 2018

**BASS BERRY & SIMS PLC**
BRITT K. LATHAM
W. BRANTLEY PHILLIPS, JR.
JOSEPH B. CRACE, JR.

*s/ Britt K. Latham* (with permission)
BRITT K. LATHAM

150 Third Avenue South, Suite 2800
Nashville, TN 37201
Telephone: (615) 742-6200
Facsimile: (615) 742-6293
blatham@bassberry.com
bphillips@bassberry.com
jcrace@bassberry.com

*Counsel for defendants William A. Sanger, Christopher A. Holden, Carol J. Burt, James A. Deal, Leonard M. Riggs, Jr., John T. Gawaluck, Steven I. Geringer, James D. Shelton, Joey A. Jacobs, Michael L. Smith, Cynthia S. Miller, Kevin P. Lavender, Randel G. Owen, Claire M. Gulmi, Mark V. Mactas, Richard J. Schnall, and Ronald A. Williams and nominal defendant Envision Healthcare Corporation*

# CERTIFICATE OF SERVICE

I hereby certify that on **August 30, 2018**, the parties' **Joint Status Report and Motion to Stay Action** was filed electronically with the Clerk of the Court and served by operation of the Court's CM/ECF system on the following parties:

**JOHNSON FISTEL, LLP**
MICHAEL I. FISTEL, JR.
DAVID A. WEISZ
40 Powder Springs Street
Marietta, GA 30064
Telephone: (770) 200-3104
michaelf@johnsonfistel.com
davidw@johnsonfistel.com

**JOHNSON FISTEL, LLP**
FRANK J. JOHNSON
600 West Broadway, Suite 1540
San Diego, CA 92101
Telephone: (619) 230-0063
frankj@johnsonfistel.com

**JOHNSON FISTEL, LLP**
W. SCOTT HOLLEMAN
99 Madison Avenue, 5th Floor
New York, NY 10016
Telephone: (212) 802-1486
scotth@johnsonfistel.com

*Co-Lead Counsel for Plaintiffs*

**DAVIES, HUMPHREYS, HORTON & REESE PLC**
WADE B. COWAN
85 White Bridge Road, Suite 300
Nashville, TN 37205
Telephone: (615) 256-8125
wcowan@dhhrplc.com

*Liaison Counsel for Plaintiffs*

**BASS BERRY & SIMS PLC**
BRITT K. LATHAM
W. BRANTLEY PHILLIPS, JR.
JOSEPH B. CRACE, JR.
150 Third Avenue South, Suite 2800
Nashville, TN 37201
Telephone: (615) 742-6200
blatham@bassberry.com
bphillips@bassberry.com
jcrace@bassberry.com

*Counsel for defendants William A. Sanger, Christopher A. Holden, Carol J. Burt, James A. Deal, Leonard M. Riggs, Jr., John T. Gawaluck, Steven I. Geringer, James D. Shelton, Joey A. Jacobs, Michael L. Smith, Cynthia S. Miller, Kevin P. Lavender, Randel G. Owen, Claire M. Gulmi, Mark V. Mactas, Richard J. Schnall, and Ronald A. Williams and nominal defendant Envision Healthcare Corporation*

**THE ROSEN LAW FIRM**
PHILLIP KIM
275 Madison Avenue, 34th Floor
New York, NY 10016
Telephone: (212) 686-1060
pkim@rosenlegal.com

**THE BROWN LAW FIRM, P.C.**
TIMOTHY W. BROWN
240 Townsend Square
Oyster Bay, NY 11771
Telephone: (516) 922-5427
tbrown@thebrownlawfirm.net

**BRAMLETT LAW OFFICES**
PAUL KENT BRAMLETT

40 Burton Hills, Suite 200
P. O. Box 150734
Nashville, TN 37215
Telephone: 615.248.2828
pknashlaw@aol.com

*Counsel for Plaintiff Sam Nourani*

Dated: August 30, 2018            *s/ Ashley R. Rifkin*
ASHLEY R. RIFKIN (admitted *pro hac vice*)
**ROBBINS ARROYO LLP**
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
arifkin@robbinsarroyo.com