ORDER:
Motion granted. The parties shall confer and file an updated status report within 30 days of the closing of the Acquistion or a determination that the Acquisition will not close.

U.S. Magistrate Judge

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SCOTT PURRONE, Derivatively on behalf of ENVISION HEALTHCARE CORPORATION f/k/a/ ENVISION HEALTHCARE HOLDINGS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM A. SANGER, CHRISTOPHER A. HOLDEN, CAROL J. BURT, JAMES A. DEAL, LEONARD M. RIGGS, JR., JOHN T. GAWALUCK, STEVEN I. GERINGER, JAMES D. SHELTON, JOEY A. JACOBS, MICHAEL L. SMITH, CYNTHIA S. MILLER, KEVIN P. LAVENDER, RANDEL G. OWEN, CLAIRE M. GULMI, MARK V. MACTAS, RICHARD J. SCHNALL, and RONALD A. WILLIAMS,<br><br>Defendants,<br><br>– and –<br><br>ENVISION HEALTHCARE CORPORATION f/k/a/ ENVISION HEALTHCARE HOLDINGS, INC., a Delaware Corporation,<br><br>Nominal Defendant. | Lead Civil Action No. 3:17-cv-01472 (Consolidated with Nos. 3:17-cv-01550, 3:17-cv-01570)<br><br>Judge William L. Campbell, Jr.<br><br>Magistrate Judge Jeffery S. Frensley |

**JOINT STATUS REPORT AND MOTION TO STAY ACTION**

Plaintiffs Scott Purrone and Ryan Sevy ("Plaintiffs"), defendants William A. Sanger, Christopher A. Holden, Carol J. Burt, James A. Deal, Leonard M. Riggs, Jr., John T. Gawaluck, Steven I. Geringer, James D. Shelton, Joey A. Jacobs, Michael L. Smith, Cynthia S. Miller, Kevin P. Lavender, Randel G. Owen, Claire M. Gulmi, Mark V. Mactas, Richard J. Schnall, Ronald A. Williams (the "Individual Defendants"), and nominal defendant Envision Healthcare Corporation ("Envision" or the "Company," and, with the Individual Defendants, "Defendants") respectfully submit this joint status report and motion to stay pursuant to the Court's order dated August 20,