# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| SCOTT PURRONE et al., | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | NO. 3:17-cv-01472 |
| WILLIAM A. SANGER et al., | ) ) | JUDGE CAMPBELL MAGISTRATE JUDGE FRENSLEY |
| Defendant. | ) | |

## ORDER

Pending before the Court is the parties' Unopposed Motion for Voluntary Dismissal Without Prejudice (Doc. No. 44), indicating that all matters in dispute have been resolved. Accordingly, this case is **DISMISSED**, without prejudice, and the Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE